# IN THE SUPREME COURT OF THE STATE OF NEVADA

SATICOY BAY LLC SERIES 7612
CERTITUDE AVE, A NEVADA
LIMITED LIABILITY COMPANY,

Appellant,

vs.

OCWEN LOAN SERVICING, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY,

Respondent.

No. 79292

FILED

SEP 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

In response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant concurs that the order appealed from is not final and consents to dismissal of the appeal. This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

19-40232

cc: Chief Judge, The Eighth Judicial District Court
Hon. Jennifer P. Togliatti, Senior Judge
Law Offices of Michael F. Bohn, Ltd.
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A